UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SANCHEZ, a minor by and through INES GUADARRAMA and ANDRES SANCHEZ, his parents and next friends and INES GUARDARRAMA and ANDRES SANCHEZ, individually, | ) ) ) ) ) | No. |
| Plaintiffs, | ) ) ) | Judge |
| v. | ) ) | |
| LESLIE OLSEN, R.N., individually; SHERMAN HOSPITAL, an Illinois corporation; RAJA CHATTERJI, WOMEN'S HEALTHCARE CENTER, LTD., an Illinois corporation, | ) ) ) ) ) ) ) | Formerly case No. 09 L 254, Circuit Court of Kane County, Illinois. |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:  Circuit Court of the  
Sixteenth Judicial Circuit  
Kane County, Illinois  
Deborah Seyller, Clerk of the Court  
P.O. Box 112  
Geneva, Illinois 60134  

Michael P. Schostok  
Salvi, Schostok & Pritchard, P.C.  
218 North Martin Luther King Jr. Dr.  
Waukegan, Illinois 60085  

Jennifer Lowis, Esq.  
200 West Adams Street  
Suite 1900  
Chicago, Illinois 60606  

Bruce Brown, Esq.  
2000 West Galena Blvd.  
Suite 201  
Aurora, Illinois 60506  

The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the

Northern District of Illinois, submits this notice of removal of the above-captioned civil action from

the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of

Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1. On April 23, 2009, plaintiffs Christopher Sanchez, a minor, by and through Ines Guadarrama and Andres Sanchez commenced the above civil action against Leslie Olsen, R.N., Sherman Hospital, Raja Chatterji, M.D. and Women's Healthcare Center, Ltd., alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Raja Chatterji, M.D., was a physician for Visiting Nurse Association of Fox Valley, a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Raja Chatterji, M.D., was acting within the scope of his employment as a federal government employee at the time of the incidents out of which the claim arose. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendant Raja Chatterji, M.D.

WHEREFORE, this action now pending in the Circuit Court of Kane County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Raja Chatterji, M.D.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Ann L. Wallace
    ANN L. WALLACE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9082
    ann.wallace@usdoj.gov