# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4546 | **DATE** | 8/5/2009 |
| **CASE TITLE** | Christopher Sanchez, et al. Vs. Leslie Olsen, et al. | | |

**DOCKET ENTRY TEXT**

United States' motion to dismiss for failure to exhaust administrative remedies [3] is granted. This case is hereby dismissed as to the United States for failure to exhaust administrative remedies. The remainder of the case is hereby remanded to the Circuit Court of the 16th Judicial Circuit, Kane County, Illinois. Motion hearing set for 8/12/2009 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|